UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:22-cr-181-KDB |
|---|---|---|
| v. | ) | |
| (1) VIACHESLAV ALEXANDROVICH BASOVYCH a/k/a "Concordo" | ) | |
| (2) DAVID HELMAN | ) | |

**MOTION FOR THE LIMITED UNSEALING OF THE BILL OF INDICTMENT TO PROVIDE INFORMATION TO FOREIGN LAW ENFORCEMENT TO AID IN THE APPREHENSION OF THE DEFENDANT**

NOW COMES the United States, by and through the United States Attorney, Dena J. King, and moves this Honorable Court for an Order unsealing the Bill of Indictment and arrest warrant for the limited purpose of apprehending and extraditing the defendant, Viacheslav Alexandrovich Basovych, to the United States.

1. On July 19, 2022, a federal Grand Jury in the Western District of North Carolina returned a Bill of Indictment against the defendants alleging multiple violations of federal law.

2. Defendant Basovych, a Ukrainian national, is believed to currently reside in Germany.

3. The United States has been working with the Department of Justice's Office of International Affairs (and intends to work with foreign justice and law enforcement officials) to arrange for the provisional arrest and subsequent extradition of Defendant Basovych to the Western District of North Carolina.

4. In furtherance of these efforts to arrest and extradite Defendant Basovych, the United States moves this Court for an Order unsealing the Bill of Indictment and Defendant's

arrest warrant for the limited purpose of assisting foreign justice and law enforcement officials with the arrest and extradition of the defendants.

Respectfully submitted this 2nd day of August, 2022.

DENA J. KING
UNITED STATES ATTORNEY

/s Graham R. Billings
Graham R. Billings
Assistant United States Attorney
NC Bar No. 55972
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 338-3137
Facsimile:   (704) 344-6629
E-mail:   graham.billings@usdoj.gov

*Attorney for the United States of America*