IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CR-181-KDB-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| VIACHESLAV ALEXANDROVICH BASOVYCH, a/k/a "Concordo," and DAVID HELMAN, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the United States' "Motion To Unseal" (Document No. 39) filed January 23, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, the Government indicates that "the necessity for keeping the above-numbered case and Bill of Indictment sealed no longer exists," and "respectfully moves the Court that the case and Bill of Indictment numbered above be unsealed." (Document No. 39).

**IT IS, THEREFORE, ORDERED** that the United States' "Motion To Unseal" (Document No. 39) is **GRANTED**. The Clerk's Office is respectfully directed to unseal this case.

**SO ORDERED**.

Signed: January 23, 2025

David C. Keesler
United States Magistrate Judge